

ORIGINAL

**FILED**

08/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0110

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0110

RICK WEMPLE, individually and as the assumed
business name RICK WEMPLE OUTFITTING,
d/b/a RICK WEMPLE'S SCHOOL OF GUIDING
AND OUTFITTING; RICK WEMPLE BOOKING
AGENCY, INC.; and RICK WEMPLE
OUTFITTING, INC.,

      Plaintiff and Appellee,

v.

BEAU BURCH-LUCICH; DANIELLE HENRY,
a/k/a DANIELLE BURCH-LUCICH; and MT
HUNTING OUTFITTER, INC.,

      Defendants and Appellants.

**FILED**

AUG 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This appeal has been pending since February 2019 and has never been briefed. On May 30, 2019, counsel for Appellants moved unopposed for a stay of the proceedings, stating that the parties were finalizing a settlement. On May 31, 2019, this Court stayed this appeal pending settlement. Nothing further has been filed.

IT IS ORDERED that, within thirty days of the date of this Order, counsel for the Appellants shall file a report on the status of this appeal.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this 10th day of August, 2020.

For the Court,

By _____
              Chief Justice